PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey

## Amended
## Petition for Warrant or Summons for Offender Under Supervision

Supersedes petition dated January 17, 2012

**Name of Offender:** Jamal Bailey                                               **Cr.:** 03-00290

**Name of Sentencing Judicial Officer:** The Honorable Robert B. Kugler

**Date of Original Sentence:** October 21, 2003

**Original Offense:** Possession of a Firearm by a Convicted Felon

**Original Sentence:** 83 months BOP custody, 3 years supervised release. Special conditions: drug/alcohol testing and treatment, financial disclosure. $100 Special Assessment.

**Violation of Supervised Release:** Heard July 6, 2011. Supervision continued; special condition of six months in residential reentry center added.

**Type of Supervision:** Supervised Release     **Date Supervision Commenced:** January 24, 2011

**Assistant U.S. Attorney:** Jason M. Richardson     **Defense Attorney:** Christopher H. O'Malley

## PETITIONING THE COURT

[ x ] To update the petition dated January 17, 2012, and filed January 18, 2012
        *(A Violation of Supervised Release hearing is scheduled for July 11, 2013)*

[   ] To issue a warrant
[   ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1                   **'You shall reside for a period of six months in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. You shall be eligible for weekend privileges. You shall pay subsistence as required by the program.'**

                    Beginning on or about November 26, 2011, and through January 5, 2012, Mr. Bailey signed out of the Minsec residential reentry center on a nearly daily basis, informing his case manager that he was attending classes at Pennco Technical School, when in reality he was not. As a result, he was unsuccessfully discharged from the reentry center on January 6, 2012.

2                   The offender has violated the supervision condition which states **'The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.'**

                    On January 9, 2012, Mr. Bailey provided to his probation officer a urine specimen which tested positive for cocaine. The finding was subsequently confirmed via laboratory analysis on January 16, 2012.

3        The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'

On February 27, 2012, Mr. Bailey was charged with one count each of Kidnaping, Aggravated Assault, Aggravated Assault with Firearm, Terroristic Threats, Possession of a Weapon for Unlawful Purpose, Unlawful Possession of a Weapon, and Possession of a Weapon by a Convicted Person.

According to the police report in this matter, on February 24, 2012, Camden City police responded to a call placed by Eileen Hinson regarding an assault which had occurred earlier that morning. Ms. Hinson stated that she had picked up Mr. Bailey, whom she identified as her boyfriend, from Liberty Street earlier in the day and he appeared to be intoxicated. She brought him back to her house and an argument ensued, during which Mr. Bailey allegedly struck her in the face with his fist and pointed a silver handgun at her and repeatedly stated, "I'll kill you, bitch." He then continued to strike her in the face and began strangling her by grabbing her around the neck, stating, "I'm going to put you to sleep, bitch." Ms. Hinson stated that she then lost consciousness and when she woke up, Bailey was asleep. When he awoke, he forced her to drive him to his mother's house in Camden, which she did before contacting police.

Bailey was arrested by a fugitive task force on February 27, 2012. He was interviewed by police officers and stated that he believed Ms. Hinson would eventually drop the charges against him because she has "done this before."

On June 13, 2013, Mr. Bailey entered a guilty plea in Superior Court to one count of Harassment While Under Probation or Parole, a crime of the fourth degree as defined at 2C:33-4(e) of the New Jersey criminal code which is punishable by up to 18 months in state prison. According to the terms of the plea agreement, he is to be sentenced in absentia in Superior Court on June 28, 2013, to a term of time served.

I declare under penalty of perjury that the foregoing is true and correct.

By: _____
Joseph A. DaGrossa
U.S. Probation Officer
Date: June 27, 2013

APPROVED:

_____ 6/28/13
VALENCIA K. SHERRER        Date
Supervising U.S. Probation Officer

THE COURT ORDERS:

[✓] The Court is in receipt of this updated petition, dated June 27, 2013. A violation of supervised release hearing is currently scheduled for July 11, 2013.

[ ] The Issuance of a Summons.
[ ] The Issuance of a Warrant
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

7-10-13
Date